UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KEITH STEWART | CIVIL ACTION |
| VERSUS | NO. 10-1913 |
| ATTORNEY GENERAL BUDDY CALDWELL, ET AL. | SECTION "C" (4) |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objection to the Magistrate Judge's Report and Recommendation, hereby overrules Plaintiff's Objection and approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

IT IS ORDERED that Stewart's Objection is OVERRULED. (Rec. Doc. 10).

IT IS FURTHER ORDERED that Stewart's § 1983 Complaint filed against Buddy Caldwell, Paul Connick, and David Loeb is DISMISSED WITH PREJUDICE as frivolous, and for failure to state a claim for which relief can be granted pursuant to § 1915(e) and § 1915A.

IT IS FURTHER ORDERED that Stewart's Request for habeas corpus relief is DISMISSED WITHOUT PREJUDICE and he should pursue any such relief in a properly filed state criminal motion, state writ application, or federal habeas corpus proceeding, if appropriate after exhaustion of available state court remedies.

New Orleans, Louisiana, this 2nd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE